UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:12-CR-128(7) RLM |
| | ) | |
| RICKEY HEMPHILL | ) | |

OPINION AND ORDER

Rickey Hemphill pleaded guilty in May 2013 to a violation of 18 U.S.C. 1962(c), and was sentenced to a term of 174 months' imprisonment. As part of his plea agreement, Mr. Hemphill waived the right to appeal his conviction and sentence or to file any post-conviction proceedings, but is now before the court requesting a transcript of his sentencing hearing.

Mr. Hemphill may obtain a transcript of the sentencing hearing for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.[1]

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
  Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Accordingly, Mr. Hemphill's request for a transcript of the sentencing hearing [Doc. No. 331] is DENIED.[2]

SO ORDERED.

ENTERED:   June 16, 2016  

    /s/ Robert L. Miller, Jr.
Judge
United States District Court

---

[2] Mr. Hemphill also requested copies of the plea agreement, judgment, and docket sheet. Those documents are matters of public record and were mailed to Mr. Hemphill upon receipt of the request. [*See* Doc. No. 331].